**Appeal Dismissed and Memorandum Opinion filed February 4, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-01013-CV

### BRIAN MICHAEL CORPIAN, Appellant

### V.

### CARRINGTON MORTGAGE SERVICES, LLC, Appellee

**On Appeal from the 458th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCV-269626**

### MEMORANDUM OPINION

This is an attempted appeal from the denial of a motion for a temporary restraining order. Generally, appeals may be taken only from final judgments. *Lehmann v. Har Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). The

denial of a motion for a temporary restraining order is not appealable. *In re Tex. Nat. Resource Conservation Comm'n*, 85 S.W.3d 201, 205 (Tex. 2002).

On January 10, 2020, we notified the parties of our intention to dismiss the appeal for lack of jurisdiction unless any party filed a response establishing appellate jurisdiction. *See* Tex. R. App. P. 42.3(a). No response was filed.

We dismiss the appeal for lack of jurisdiction. We take no action on appellant's motion filed December 30, 2019.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.